**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**AUSTIN KENNETH WHITE,**<br><br>**Defendant.** | Case: 1:26-mj-00211<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 11/13/2026<br>Description: COMPLAINT W/ARREST WARRANT |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Benjamin Burnheimer, being first duly sworn, hereby depose and state as follows:

## AFFIANT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been in this position since September 2015. I received approximately 16 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency, to a squad that investigates sexual exploitation of children, including such exploitation via the internet and computers. Since joining the FBI, I have investigated federal criminal violations related to high technology or cybercrime, sexual exploitation of children, and child pornography.

2. I have received training in the areas of child pornography, child exploitation, and human trafficking, and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) and also referred to in this Affidavit as "child

sexual abuse material" or "CSAM", in multiple forms of media, including computer media as well as cellular and smartphone devices. I have participated in the execution of numerous federal search warrants conducted by the FBI and in the seizure of computer systems and other types of digital evidence. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, and I am authorized by law to request a search warrant.

3. In addition, I am certified as a Digital Evidence Extraction Technician ("DExT") within the FBI. As a DExT, I am trained and authorized to conduct forensic examinations of digital evidence. This work includes the preservation and analysis of various forms of digital media, including cellular devices, smartphones, and computers. Since approximately April 2019, I have preserved and examined numerous items of digital evidence, most of which were related to investigations involving crimes against children.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested Complaint. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(4)(B) (Possession of Child Pornography) (hereafter, the "TARGET OFFENSE") has been committed by Austin Kenneth White.

## PROBABLE CAUSE

### Background Investigation and CSAM Purchases

6. In April 2024, investigators from the New South Wales (NSW) Police Force established Strike Force Constantine to investigate the online access and distribution of extreme child sexual abuse material ("CSAM") by the "Satan Meth" syndicate. Offenders operated through the utilization of several encrypted messaging platforms, with a central nexus to the community's main website "satanmeth.com". Through paid memberships to the group's facilitator and creator ALFREDO ENCINAS VALENZUELA, users would gain access to a protected cache of CSAM that included approximately 130,000 files.

7. "Satan Meth" refers to a specific online group of pedophiles with members from all over the world. The typology of the group is specific, and the involved individuals ascribe to a fetishist style obsession with Satanism, Nazism, the use of the prohibited drug methyl-amphetamine, and pedophilia. The CSAM that has been linked to the group and reviewed by investigators is extreme. A large part of the content is dedicated to "hurtcore" CSAM, which depicts sexual and physical torture of children. The Satan Meth group has a fixation on infants, or "nepi"-style CSAM, and investigators have reviewed such material that depicts children as young as newborn babies. Images and videos of dead children and infants have also been identified within this material. The group communicates through the encrypted messaging applications including Telegram and Element. The website, "satanmeth.com" operates as a launchpad for those members who have paid for access. It contains different topic boards and threads, as well as a "porn vault" which hosts a large amount of extreme CSAM.

8. NSW Police Force investigators determined that Telegram user @MrFreud47 (username "Freud Minded") was identified as a developer of the satanmeth.com website and

administrator of the Satan Meth community. Additionally, NSW Police Force investigators determined that the real-world identity of Telegram user @MrFreud47 was ALFREDO ENCINAS VALENZUELA, date of birth unknown, residing in Mexico.

9. NSW Police Force investigators determined that the only feature of the Satan Meth website that was pay-walled behind user credentials was a section called "Porn Vault". Several options were available for payment, which included Bitcoin, Litecoin, and Monero. The pricing options for each cryptocurrency (in USD) were listed as $6.66 – one hour access, $66.6 – one month access, and $666 – one year access.

10. In September 2025, investigators were able to purchase membership and access to the Satan Meth website via cryptocurrency transfer. Upon purchasing membership, via cryptocurrency transfer, and logging in to the "Porn Vault" section of the website, a user was immediately presented with a home page that included numerous thumbnails depicting CSAM. By navigating within Porn Vault, a user is provided a list of categories contained within the Porn Vault. These included "Baby Rape", "Children", "PedoPetting", and "Boy Dicks", to name a few. Investigators conducted a manual review of each category within the Porn Vault and concluded that, with one exception, every single category  of folder contained CSAM. The last total count of videos in the Porn Vault before it was shut down was 132,812 files, the overwhelming majority of those files contained CSAM.

11. On January 19, 2026, VALENZUELA, the administrator of the Satan Meth website, was arrested by the Mexican Federal Police. Mexican investigators, with the assistance of Homeland Security Investigations (HSI) digital forensic investigators, seized the servers used to host the Satan Meth website, as well as gain access to VALENZUELA's devices and encrypted

messaging accounts.

12. Throughout the investigation, cryptocurrency assets of VALENZUELA were identified. A number of targets were identified as sending cryptocurrency funds to wallet addresses controlled by VALENZUELA.

13. In support of Australian Federal Police (AFP) Operation Constantine, the FBI received records of potential U.S.-based offenders, determined by AFP through financial analysis, who submitted payments to access the Satan Meth website.

**Identification of Kenneth Austin White**

14. AUSTIN KENNETH WHITE, a prior subject of an FBI investigation involving CSAM, was identified as one of the individuals who sent cryptocurrency to VALENZUELA for apparent access to the Satan Meth website. The paid-membership tier of access to the website allowed users to gain access to "Porn Vault", a secure, streaming part of the site where users had access to an excess of 130,000 CSAM videos.

15. Further investigation revealed that WHITE was the holder of an account with the MoonPay cryptocurrency exchange. The account was created on November 27, 2025, and the account creator provided WHITE's Washington D.C. driver's license, his address, and a selfie-style photo that appears to depict WHITE.

16. According to records provided by MoonPay, the account was registered with the following details:

Name: AUSTIN WHITE
Date of Birth: XX-XX-1978
Address: XXXX Quebec Street NW, APT #XXXX, Washington, D.C.
Telephone: XXX-XXX-2890
Email: aperiiaustin@gmail.com
Driver's License: XXX5157

17. When he created the account, WHITE uploaded a picture of his Washington, D.C. driver's license (front and back), a piece of mail addressed to WHITE at his Washington, D.C. residence and a selfie photo. The face of the adult male depicted in the selfie photo was visually similar to WHITE driver's license photo. The two photos ware depicted below with the driver's license photo on the left and the selfie-style photo on the right.





18. WHITE used MoonPay, a Virtual Asset Service Provider (VASP), to purchase cryptocurrency via his Visa credit card, ending in 5659, issued by the Bancorp Bank, National Association to make the following transactions relevant to this investigation:

a. On November 27, 2025, the same date the account was created, WHITE purchased 0.00018 bitcoin for $23 USD. The bitcoin was received at the following address:

   i. 1BYSFxNjrUtRCMbCL41BFZnVguwvsL7kt3

b. Shortly thereafter, $7 USD worth of bitcoin was sent to the following addresses, identified by NSW Police Force as deposit accounts for

VALENZUELA:

i. bc1q5vjkjznz2ehcj7gyzt8jmk5gqvt4qfd29pp24u; and

ii. bc1qaw78t6w3y4fz066per2g9axyd5gwxycq6kz6wz

c. NSW Police Force investigators determined that this amount of bitcoin was consistent with the payment of approximately $6.66 USD for one (1) hour of site usage. During this time, the offenders obtain unlimited access to view and download extreme CSAM.

d. On December 30, 2025, WHITE purchased 0.00019 bitcoin worth $17 USD. The bitcoin was received at the following address:

i. 18KuPRUhip1DT5ZYiZ1tmHFb1CthY2AYHF (address controlled by WHITE)

e. Shortly thereafter, $5 USD worth of bitcoin was sent to the following address:

i. bc1q88q8x46pagkj07dg7wh4grpjsqdtrrrmd0987r (address controlled by VALENZUELA)

f. Shortly thereafter, $6 USD worth of bitcoin was sent to the following address:

i. bc1qy2v6hs8apl2wh3ygu0c7vadqar6mcrelrmy09g (address controlled by VALENZUELA)

g. Shortly thereafter, $4 USD worth of bitcoin was sent to the following address:

i. bc1qyrguw4584xwrtf6h68v9t23q7h7wtgxmjq26tf (address controlled by VALENZUELA)

h. The aforementioned accounts in subparagraphs e, f, and g, were previously identified by NSW Police Force investigators as deposit accounts for VALENZUELA.

i. On January 2, 2026, WHITE purchased 0.00018 bitcoin worth $16 USD. The bitcoin was received at the following address:

   i. 1N8KtdQfZNSjwUrWcJabiGZf4TXSNXUVDU (address controlled by WHITE)

j. On January 3, 2026, WHITE sent $9 USD worth of bitcoin to the following address:

   i. bc1qccc9w0pqgmv8aeegzm6daspfnc0493sl29sdjn (address controlled by VALENZUELA)

k. the accounts mentioned above in subparagraphs e, f, g, and j were previously identified by NSW Police Force investigators as a deposit accounts for VALENZUELA.

19. According to AT&T records received on or about September 24, 2026, WHITE was the subscriber of telephone number XXX-XXX-2890 between May 29, 2024, and March 1, 2026, at which time the service was cancelled. The following subscriber information was provided:

Name: AUSTIN WHITE

Billing Address: XXXX Quebec Street NW Washington, D.C. 20008

Contact Email: kennethwhiteXXXX@hotmail.com

20. According to Google records received on or about October 2, 2026, email address

aperXX.austin@gmail.com[1] was associated with telephone number XXX-XXX-1141. The aforementioned email address was previously associated with WHITE's MoonPay account.

21. According to T-Mobile records received on or about October 2, 2026, WHITE is the subscriber of telephone number XXX-XXX-1141, with a service start date of October 8, 2025. The following subscriber information was provided:

> Subscriber Name: AUSTIN WHITE
> Service Address: XXXX Quebec Street NW Apt. XXXX, Washington, D.C. 20008

22. On October 30, 2026, your affiant obtained a search warrant for the historical and prospective cellular site data associated with T-Mobile cellular phone number XXX-XXX-1141. Call detail records received from T-Mobile in response to this warrant showed that calls made from the phone number were pinging off cell towers in the District of Columbia on November 27, 2025, and December 20, 2025. These were the dates that the above-described Moonpay account was created.

23. On October 30, 2026, your affiant began receiving geolocation data for the cellular telephone of 202-XXX-1141, which was resolving to the area of XXXX Quebec Street, Northwest, Washington, D.C. during the late evening hours of October 30, 2026. As of November 5, 2026, geolocation data for the cellular telephone of XXX-XXX-1141 was still resolving to the same area at XXXX Quebec Street, Northwest, Washington, D.C. The geolocation data captured the phone leaving the area of XXXX Quebec Street during daytime hours but regularly returned to XXXX Quebec Street in the evening.

24. On November 10, 2026, your affiant obtained a warrant from a magistrate judge in the United States District Court for the District of Columbia (26-SW-369) to search WHITE's

---

[1] According to Google, dots do not matter in Gmail addresses. Thus, aperii.austin@gmail.com is the same email address as aperiiaustin@gmail.com.

residence, person, and digital devices.

**Residential Search Warrant and Statements to Law Enforcement**

25. On November 12, 2026, members of the FBI-MPD Child Exploitation and Human Trafficking Task Force (CEHTTF) executed a search warrant at WHITE'S residence at XXXX Quebec Street NW, Apartment XXXX, Washington, D.C. 20008. WHITE's residence is a studio-style apartment inside a large residential apartment building. During the execution of the search warrant, WHITE was located inside the residence, and no other person was present in the residence when law enforcement arrived.

26. After being advised of his *Miranda* warnings, which he verbally waived, WHITE agreed to speak to law enforcement during a voluntary noncustodial interview. WHITE stated that he lives alone in his residence and that no other person has lived in the residence with him. WHITE further advised that he had no memory of viewing CSAM, but advised that he met an individual, who WHITE identified as "Brax," who traveled to WHITE's residence approximately one (1) month ago and had an interest in child sexual exploitation. WHITE advised that he saw CSAM at that time but did not elaborate on where he saw it.

**Possession of CSAM**

27. During the search of WHITE's residence, law enforcement located WHITE's cellular device, a Motorola Edge 2025, telephone number XXX- XXX-1141, serial number (S/N) ZA2235TVCG, International Mobile Equipment Identifier (IMEI) number 358352972455714 and IMEI number 358352972455722. These attributes were previously known to law enforcement belonging to the telephone associated with email address aperXX.austin@gmail.com, the same email address associated with WHITE's MoonPay account.

28. Within WHITE's Telegram account, a message with Telegram user display name

"Braxton," account username @TheCumburgler was located. On or about October 19, 2026, WHITE sent the following message to "Braxton," "HAIL perv[2]. my friend is here from Bmore and wants to buy."

29. The Google Photos application was opened on WHITE's cellular device. Within the "On this device" section, a folder labeled "Telegram" was accessed. Inside the Telegram folder, a file named VID_20260905_061230_005.mp4 was located. The video file, approximately six (6) seconds in length, displayed a timestamp of September 5, 2026, and appeared to be locally stored on the device. Upon review, the video appeared to be divided into four (4) separate panels displayed on a single screen. In one quadrant of the video, an individual who appeared to be a minor male was visible. The minor male appeared to be engaged in oral sexual intercourse with another unknown male.

30. Additionally, law enforcement located hidden inside an eyeglass case that was sitting in plain view on top of a bookcase in WHITE's residence, a USB drive and two (2) digital storage cards. A preliminary review of the items revealed the existence of multiple files depicting CSAM, further described below:

i. Investigators located a 128 gigabyte (GB) USB flash drive bearing the label "GARMESE." The drive contained multiple photos, two of which are described below.

   a. A file titled "signal-2025-11-07-232803_005.jpg" appeared to depict a prepubescent male lying nude on his back. The individual's hands appeared bound to his feet, and his feet appeared bound together. The individual's penis and anus were visible.

[2] In my training and experience, your affiant understands that "perv" refers to an individual with a sexual interest in children.

b. A file titled "signal-2025-11-07-225045.004.jpg appeared to depict a prepubescent male lying nude on his back. An unknown male was observed penetrating the prepubescent male's anus with his penis. The prepubescent male's penis and anus were visible in the image.

ii. Investigators located a 32 GB SanDisk Ultra micro-SD card. The storage card contained multiple video files, one of which is described below.

a. A video file, approximately 1 minute and 19 seconds in length, titled 60d511f0-c6db-11f1-9032-7f51d9b6954d appeared to depict a partially clothed infant and an unidentified male. The male was observed lowering his pants and forcefully penetrating the infant's anus with his penis. Audio captured in the video indicated that the infant appeared to be in distress during the incident.

iii. A video file, approximately 4 minutes and 21 seconds in duration and titled ff6d8d70-c6c6-11f1-82b4-9945c33fd32a, was reviewed. Based on the review, the video appeared to depict a fully nude minor male and an unidentified adult male. The minor male was lying face down on a bed while the adult male was positioned on top of him. The adult male appeared to be engaging in anal penetration of the minor male. Later in the video, the adult male was observed lying on his back while the minor male was positioned on top of him. The video appeared to depict the adult male engaging in anal penetration of the minor male.

## CONCLUSION

31. For the reasons set forth above, I submit that probable cause exists to believe that, on November 12, 2026, AUSTIN KENNETH WHITE committed the offense of Possession of

Child Pornography, in violation of 18 U.S.C. 2252(a)(4)(B).

Respectfully submitted,

______________________________
Benjamin Burnheimer, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on November 13, 2026

______________________________
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE